BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING:<br><br>9190 TULUMNE DRIVE, APARTMENT #29, SACRAMENTO, CALIFORNIA, | CASE NO. 2:15-SW-0362 KJN<br><br>[PROPOSED] ORDER UNSEALING SEARCH WARRANT AND APPLICATION |

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: Oct 2, 2015

HONORABLE GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

**FILED**
OCT - 2 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK